| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>-vs-<br><br>ITZAK FRIEDLANDER<br><br>Defendant(s), | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br><br>Magistrate No. 09-8132 (MCA)<br><br>ORDER |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse herself; and good cause appearing;

**IT IS** on this 5th day of March 2010,

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by Mark Falk, U.S.M.J.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:        Hon. Mark Falk, U.S.M.J.
           File